01
02
03
04
05
06

07                              UNITED STATES DISTRICT COURT
                               WESTERN DISTRICT OF WASHINGTON
08                                      AT SEATTLE

09   TERRY L. CALLANDRET,                    )    CASE NO. C05-0461-TSZ-MAT
                                             )
10              Plaintiff,                   )
                                             )
11        v.                                 )
                                             )    REPORT AND RECOMMENDATION
12   TERI HANSEN, et al.,                    )
                                             )
13              Defendants.                  )
     _____ )

14

15                        INTRODUCTION AND SUMMARY CONCLUSION

16          Plaintiff Terry L. Callandret, proceeding *pro se* and *informa pauperis*, filed a

17   42 U.S.C. § 1983 complaint. (Dkt. 5.) Finding that complaint deficient in several respects, the

18   Court issued an order declining to serve the complaint and granting plaintiff an opportunity to

19   amend. (Dkt. 6.) Plaintiff submitted an amended complaint in response to the Court's order,

20   curing all but one of the deficiencies identified by the Court. (Dkt. 7.) As described below, that

21   deficiency concerns the attempt to name additional plaintiffs in this matter.

22          Mr. Callandret names four plaintiffs in addition to himself in his amended complaint:

23   Brandon Green, Billy Graham, Aljeron Pleasant, and Troy Harrison. As a *pro se* litigant, Mr.

24   Callandret may not represent any person in this action other than himself. *See*, *e.g.*, *Cato v. United*

25   *States*, 70 F.3d 1103, 1105 n.1 (9th Cir. 1995) (a non-attorney may appear only in her own

26   behalf). In granting plaintiff an opportunity to amend, the Court noted that only Mr. Callandret

REPORT AND RECOMMENDATION
PAGE -1

01  had signed the complaint.  The Court warned Mr. Callandret that any *pro se* plaintiff who did not

02  sign an amended complaint was subject to dismissal from this action.  *Id.*

03        The amended complaint, like the original, contains only Mr. Callandret's signature. (Dkt.

04  7 at 4.)  Although Mr. Callandret attaches documents to the amended complaint which appear to

05  contain sections written by Mr. Green, Mr. Graham, Mr. Pleasant, and Mr. Harrison, there is no

06  indication that these individuals intend to appear as plaintiffs in this action.  Moreover, the

07  "Statement of Claim" in the amended complaint addresses incidents specific to Mr. Callandret

08  alone. (*Id*. at 3.)  Accordingly, the undersigned finds no basis for the continued inclusion of Mr.

09  Green, Mr. Graham, Mr. Pleasant, and Mr. Harrison as plaintiffs in this action.

10        For the reasons described above, the Court recommends that Mr. Green, Mr. Graham, Mr.

11  Pleasant, and Mr. Harrison be dismissed as plaintiffs in this action.  A proposed order accompanies

12  this Report and Recommendation.

13        DATED this  30th  day of  June , 2005.

14

15                                    Mary Alice Theiler
                                      United States Magistrate Judge
16

17

18

19

20

21

22

23

24

25

26

REPORT AND RECOMMENDATION
PAGE -2