UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERRY L. CALLANDRET, | CASE NO. C05-0461-TSZ-MAT |
| Plaintiff, | |
| v. | |
| TERI HANSEN, et al., | ORDER DISMISSING PLAINTIFFS |
| Defendants. | |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Brandon Green, Billy Graham, Aljeron Pleasant, and Troy Harrison are DISMISSED as plaintiffs from this action without prejudice.

(3) The Clerk is directed to send copies of this order to plaintiff, to Brandon Green, Billy Graham, Aljeron Pleasant, and Troy Harrison, and to Judge Theiler.

DATED this 8th day of August, 2005.

THOMAS S. ZILLY
United States District Judge

ORDER DISMISSING PLAINTIFFS
PAGE -1

05-CV-00461-FINAFF